## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

ROBIN COLLIER,             )
                                  )
        Plaintiff,        )
                                  )
vs.                       )    CIVIL ACTION NO. 15-498-CG-M
                                  )
CHARELLE BRONSON,    )
                                  )
        Defendant.    )
                                  )

## JUDGMENT

In accordance with the Court's order entered this date, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of plaintiff, Robin Collier, and against defendant, Charelle Bronson, as to Count One of the complaint, and damages are awarded in the amount of $50,000.00.

It is further **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of defendant, Charelle Bronson, and against plaintiff, Robin Collier, as to Count Two of the complaint.

**DONE** and **ORDERED** this 20th day of April, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE